**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6631

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROY LEE DYKES,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:18-cr-00003-JPJ-PMS-1)

Submitted:  August 31, 2022                                    Decided:  September 12, 2022

Before MOTZ, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roy Lee Dykes, Appellant Pro Se.  Martha Suzanne Kerney-Quillen, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Lee Dykes appeals from the district court's orders denying his fifth motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and denying reconsideration. Upon review of the record, we conclude that the district court did not abuse its discretion in denying Dykes' motion based on its determination that the 18 U.S.C. § 3553(a) factors weighed against compassionate release. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (per curiam) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm the district court's orders. *United States v. Dykes*, No. 2:18-cr-00003-JPJ-PMS-1 (W.D. Va. filed May 6 & entered May 9, 2022; May 27, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*